[No. 40085-5-II.   Division Two.   August 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN M. DILLON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01650-1, Robert L. Harris, J., entered December 2, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 41234-9-II.   Division Two.   August 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER AHLSTEDT, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00061-1, Kenneth D. Williams, J., entered September 24, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Armstrong, J.

[No. 41345-1-II.   Division Two.   August 8, 2012.]

*In the Matter of the Personal Restraint of* RYAN WAYNE ALLEN, *Petitioner*.

Petition for relief from personal restraint. Petition *granted* and judgment *reversed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Armstrong, J.

[No. 41534-8-II.   Division Two.   August 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DERON A. PARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01215-0, Barbara D. Johnson, J., entered November 19, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Armstrong, J.